Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Sarah Van Buiten (State Bar No. 324665)
svanbuiten@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Plaintiff
LOANDEPOT.COM, LLC

Jeremy S. Goldman (SBN 306943)
jgoldman@fkks.com
Alycia S. Tulloch (SBN 335916)
atulloch@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650

Attorneys for Defendants
MELIO LTD. and MELIO PAYMENTS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOANDEPOT.COM, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>     vs.<br><br>MELIO LTD., Israel corporation; MELIO PAYMENTS, INC., a Delaware corporation, and DOES 1-10,<br><br>            Defendants. | Case No. 8:24-cv-01426-DOC-AS<br><br>**PARTIES' NOTICE OF SETTLEMENT IN PRINCIPLE [L.R. 40-2]; REQUEST FOR POSTPONEMENT OF HEARING SET FOR DECEMBER 2, 2024**<br><br>Date Action Filed:   June 27, 2024<br>Trial Date:               June 24, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that that Plaintiff loanDepot.com LLC ("loanDepot") and Defendants Melio Ltd. and Melio Payments, Inc. (together, "Melio"; with loanDepot, the "Parties"), by and through their respective counsel,

have reached a confidential settlement in principle that will fully resolve the above-entitled action. The Parties are working to document the settlement and, pending finalization, respectfully request a postponement of the hearing set for Monday, December 2, 2024. The Parties anticipate that they will file a Notice of Dismissal within six (6) weeks, *i.e.*, upon finalization of their settlement agreement, given the intervening holidays. The Parties thus request that the Court defer the hearing until at least January 6, 2025.

Dated: November 25, 2024      RUTAN & TUCKER, LLP

By: /s/ *Ronald P. Oines*
Ronald P. Oines
Attorneys for Plaintiff
LOANDEPOT.COM, LLC

Dated: November 25, 2024      FRANKFURT KURNIT KLEIN + SELZ PC

By: /s/ *Jeremy S. Goldman*
Jeremy S. Goldman
Attorneys for Defendants
MELIO LTD. and MELIO PAYMENTS INC.

### ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Ronald P. Oines, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 25, 2024      RUTAN & TUCKER, LLP

By: /s/ *Ronald P. Oines*
Ronald P. Oines
Attorneys for Plaintiff
LOANDEPOT.COM, LLC